ARTHUR M. DAY, Appellant, v. ROBERT STRUTHERS and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JEANETTE KRINSKY, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MENEX, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

OLUF TOSTRUP, as Assignee of BIBBI AUBERT, Administratrix, etc., of THAULOW AUBERT, Deceased, Respondent, v. GEORGE W. JEWETT and Others, Appellants.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that a triable issue is presented. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EMMA KIRK FAIRFAX, as Executrix, etc., of HARRY W. FAIRFAX, Deceased, Respondent, v. GEORGE GRUNDY, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PEARL BEATRICE GRAUMAN, Respondent, v. ERNEST E. GRAUMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPHINE MURRAY, as Administratrix, etc., of HENRY MURRAY, Deceased, Appellant, v. THE CITY OF NEW YORK and Others, Defendants, Impleaded with P. J. CARLIN CONSTRUCTION COMPANY, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARRY B. CHAMBERS and HARRY H. CHAMBERS, Practicing Law under the Firm Name and Style of CHAMBERS & CHAMBERS, Appellants, v. B. ARNOLD CHAMBERS and GERALD H. CHAMBERS, Practicing Law under the Firm Name and Style of CHAMBERS & CHAMBERS, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BURKE ENTERPRISES, INC., and Others, Respondents, v. MINERVA AMUSEMENT CORPORATION and Others, Defendants, Impleaded with SOTEROS D. COCALIS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE CITY OF LEAVENWORTH, KANSAS, Respondent, v. THE NEW YORK TRUST COMPANY, as Trustee, Appellant. GUSSIE H. BAILEY, as Trustee, Plaintiff, v. THE NEW YORK TRUST COMPANY, as Trustee, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ORTEGA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

LEO L. REED, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.